UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. JONES | CIVIL ACTION |
| VERSUS | NO. 19-12028 |
| JAMES LEBLANC ET AL. | SECTION "H"(2) |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' Motion to Dismiss for Failure to State a Claim be **GRANTED.**

New Orleans, Louisiana, this __1st__ day of _____July_____, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE